**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| FLATLINE CONCRETE, LLC, ET AL | 22-827-SDD-RLB |

<u>**RULING**</u>

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 27, 2024, to which an *Objection*[3] and *Response*[4] were filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Nicholas Ebenbeck's Motion to Dismiss Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure (R. Doc. 16) is DENIED.

**IT IS FURTHER ORDERED** that the defendant, Nicholas Ebenbeck, having been served pursuant to Rule 4(e)(2)(B) of the Federal Rules of Civil Procedure, be ordered to file a responsive pleading within 14 days of the ruling. *See* Fed. R. Civ. P. 12(a)(4)(A).

Signed in Baton Rouge, Louisiana, on this 27 day of March, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 33.
[3] Rec. Doc. 34.
[4] Rec. Doc. 35.